IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

NATIONAL CASUALTY COMPANY,

    Plaintiff,

vs.

DETTINBURN TRANSPORT, INC., et al.

    Defendants.

Civil Action No.: 2:22-cv-00014-TSK

## ORDER

This matter came before the Court by consent of the parties pursuant to Federal Rule of Civil Procedure 41(a). Considering that the underlying matter captioned *Mussi, et al. v. Dettinburn, et al.*, Civil Action No. 20-C-49 pending in the Circuit Court of Randolph County, West Virginia was resolved to the parties' satisfaction and dismissed, with prejudice, on December 6, 2022, the parties agree to a voluntary dismissal of this action with prejudice.

The Court, finding good cause for such a request, hereby dismisses the present case, with prejudice.

Let the Clerk file this order electronically and notify all counsel of record accordingly.

IT IS SO ORDERED

Dated: December 7, 2022

*/s/ Tom S Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA